In re Emmons, Cheryl Ann Gallodoro; Gallodoro Sr., Joseph L.; Gallodoro, Steven; Lott, Margaret; — Plaintiff(s); Applying For Writ of Certiorari and/or Review, Parish of St. Bernard, 34th Judicial District Court Div. D, Nos. 106-017 C/W 105-461 C/W 105-433 G/W 105-406 C/W 105-473 C/W 106-324 C/W 105-410 C/W 106-254,106-535 C/W 107-688; to the Court of Appeal, Fourth Circuit, Nos. 2011-CA-753 C/W 2011-CA-754 C/W 2011-CA-917 C/W 2011-CA-918 C/W 2011-CA-1064, 2011-CA-1065 C/W 2011-CA-1127 C/W 2011-CA-1194 C/W 2011-CA-1195 C/W 2011-CA-1196.
Denied.